HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ORLANDO E. IBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00163 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ORLANDO E. IBARRA, | DATE:   July 25, 2016<br>TIME:   2:00 p.m.<br>JUDGE:  Hon. Erica P. Grosjean |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference currently scheduled for July 22, 2016 may be continued to July 25, 2016, at 2:00 p.m..

On June 22, 2016, Mr. Ibarra's status conference was continued to July 22, 2016, to allow additional time to investigate a possible resolution to Mr. Ibarra's case. However, because Ibarra is detained at the Lerdo Kern County Detention Facility, regularly scheduled transportation provided by the United States Marshals will not be available on that date, which is a Friday. The parties request that the hearing be continued to the following Monday, July 25, 2016, to allow Mr. Ibarra to be transported on a regularly scheduled date.

///

The parties agree that any delay resulting from this request shall be excluded in the interests of justice, and for continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED:  June 30, 2016          By     */s/ Megan A.S. Richards*
                                       MEGAN A. S. RICHARDS
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  June 30, 2016          By     */s/ Eric V. Kersten*
                                       ERIC V. KERSTEN
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       ORLANDO E. IBARRA

**ORDER**

**IT IS SO ORDERED**. The Status Conference scheduled for July 22, 2016 is continued to July 25, 2016, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **July 14, 2016**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE